STATE of Missouri, Plaintiff/Respondent,

v.

Timothy HENKE, Defendant/Appellant.

No. ED 80798.

Missouri Court of Appeals, Eastern District, Division Four.

June 17, 2003.

Irene C. Karns, Public Defenders Office, Columbia, MO, for appellant.

John Munson Morris, III, Joel A. Block, Attorney General's Office, Jefferson City, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., SHERRI B. SULLIVAN, J., and GLENN A. NORTON, J.

### ORDER

PER CURIAM.

Timothy Henke (Defendant) appeals from a judgment of conviction of second-degree assault of a law enforcement officer and resisting arrest. Defendant alleges trial court error in submitting the assault of a law enforcement officer charge to the jury because of insufficiency of the evidence and in not *sua sponte* declaring a mistrial because of certain testimony. We have reviewed the briefs of the parties and the record on appeal and find sufficient evidence from which a reasonable jury might have found Defendant guilty beyond a reasonable doubt of second-degree assault of a law enforcement officer. *State v. Shinn*, 921 S.W.2d 70, 72–73 (Mo.App. E.D.1996). We also conclude that the trial court did not plainly err in not *sua sponte*

declaring a mistrial. An extended opinion would have no precedential value. We have, however, provided a memorandum setting forth the reasons for our decision to the parties for their use only. We affirm the judgment pursuant to Missouri Rule of Criminal Procedure 30.25(b).